UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Ann M Zierenberg
**NAME OF THE PLAINTIFF**

- vs -

Universal Printing Co
1234 So. Kingshighway
St. Louis, MO 63110

**NAME OF THE DEFENDANT OR DEFENDANTS** (Enter above the full name(s) of ALL defendant(s) in this lawsuit. Please attach additional sheets if necessary.

Case No.

JURY TRIAL DEMANDED

YES ✓   NO ___

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

___ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE:** *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

_____

_____

_____

## PARTIES

2. Plaintiff's name: Ann M. Zierenberg

   Plaintiff's address: 2717 Creon Ct
   Street address or P.O. Box

   DeSoto, MO. 63020
   City/ County/ State/Zip Code

   314-471-9084
   Area code and telephone number

3. Defendant's name: Universal Printing Co

   Defendant's address: 1234 So Kingshighway
   Street address or P.O. Box

   St. Louis, mo 63110
   City/County/State/ Zip Code

   314-554-9496
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location,

2

please provide the following information:

1328 S. Kingshighway    St. Louis    MO    63110
(Street Address)        (City/County) (State) (Zip Code)

5.  When did the discrimination occur? Please give the date or time period:

    1-20-06 - 2-20-06

## ADMINISTRATIVE PROCEDURES

6.  Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

    ✓ Yes   Date filed: 4-5-06

    ___ No

7.  Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

    ✓ Yes   Date filed: 3-12-06

    ___ No

8.  Have you received a Notice of Right-to-Sue Letter?

    ✓ Yes                       ___ No

If yes, please attach a copy of the letter to this complaint.

9.  If you are claiming age discrimination, check one of the following:

    ___ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

    ___ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

    \_\_\_\_ failure to hire me

    \_\_\_\_ termination of my employment

    \_\_\_\_ failure to promote me

    \_\_\_\_ failure to accommodate my disability

    \_\_\_\_ terms and conditions of my employment differ from those of similar employees

    \_\_\_\_ retaliation

    \_\_\_\_ harassment

    \_✓\_ other conduct (specify): _discrimination of sex_

    ---

    Did you complain about this same conduct in your charge of discrimination?

    \_✓\_ Yes           \_\_\_\_ No

11. I believe that I was discriminated against because of my (check all that apply):

    \_\_\_\_ race

    \_\_\_\_ religion

    \_\_\_\_ national origin

    \_\_\_\_ color

    \_✓\_ gender

    \_\_\_\_ disability

4

____ age (my birth date is. _____)

____ other: _____

_____

Did you state the same reason(s) in your charge of discrimination?

____ Yes ____ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I'm employed by Respondent printing Co as a binder. Last year I had surgery to my hands the immediate outcome of which reduced my hand's mobility. At the time I understood the company's policy was we could be granted time off following surgery upon request. I did request time off for medical recuperation. Respondent's Human Resource Manager informed me policy had changed and no time off was not granted. I later learned at least five women had the same surgery. They didn't get time off for recuperation. But I learned that a male same surgery same Dr. He got time off for recuperation. I was told the policy had changed, there had been a mistake and "get over it"

5

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(Attach additional sheets as necessary).

    13.    The acts set forth in paragraph 12 of this complaint:

        _____ are still being committed by the defendant.

        _____ are no longer being committed by the defendant.

        _____ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

I'm not sure what could be done to make my hands better. How can they make the pain in my hands stop compensation

Signed this 5 day of 5 , 20 0 7.

*Signature of Plaintiff*